**STEWART LEE KARLIN LAW GROUP, P.C.**
**ATTORNEYS AT LAW**
**111 John Street, 22nd Floor**
**New York, New York 10038**
**(212) 792-9670/Office**
**(212) 732-4443/Fax**
slk@stewartkarlin.com

August 21, 2025

**VIA ECF**
Honorable Miroslav Lovric
United States District Court
Northern District of NY
James T. Goley U.S. Courthouse
445 Broadway, Courtroom 5
Albany, NY 12207

Re:   Fanelli v. Ellenville Central School District
      24-cv-00826 (MAD/ML)

Dear Judge Lovric:

This office represents Plaintiff in the above-referenced matter. As Your Honor may recall, the parties have been engaged in active settlement discussions.

Plaintiff currently has an appointment scheduled with the New York State Teachers' Retirement System for September 9, 2025, to determine his eligibility for service credit.

Due to the nature of this meeting, Plaintiff requests that the deadline for completion of mandatory mediation be extended to September 15, 2025, when the parties can provide a status report at that time.

Thank you for your consideration in this matter.

Very truly yours,


*s/Stewart Lee Karlin*
STEWART LEE KARLIN

cc: Adam L. Rodd, Esq. via ECF